

# Fourth Court of Appeals
## San Antonio, Texas

January 28, 2014

No. 04-13-00684-CV

Michael **IDROGO,**
Appellant

v.

Monica **GONZALEZ,** et al.,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-21149
Honorable Larry Noll, Judge Presiding

# O R D E R

Sitting:      Catherine Stone, Chief Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

On December 31, 2013, after Appellant Michael Idrogo failed to comply with our order regarding his failure to pay for the clerk's record, we dismissed this appeal for want of prosecution. On January 16, 2014, Appellant filed a petition for review in the Texas Supreme Court. On January 17, 2014, Appellant filed an "Objection and Motion to Set Aside Order of December 31, 2013."

We construe Appellant's January 17, 2014 motion as a motion for rehearing. Appellant's motion for rehearing is DENIED. *See* TEX. R. APP. P. 49.1 (motion for rehearing); *id.* R. 19.2 ("In a civil case, the court of appeals retains plenary power to vacate or modify its judgment during the periods prescribed in [Rule] 19.1 even if a party has filed a petition for review in the Supreme Court.").

It is so **ORDERED** on January 28, 2014.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court